```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    ANN C. KIM (Cal. Bar No. 212438)
 4  Assistant United States Attorney
    General Crimes Section
 5       1100 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2579
 7       Facsimile: (213) 894-0141
         E-mail: ann.kim@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 14-410-BRO |
|---|---|
| Plaintiff, | PROTECTIVE ORDER REGARDING CONFIDENTIAL PERSONNEL RECORDS AND INFORMATION OF GOVERNMENT WITNESSES |
| v. | |
| RAFAEL GONZALEZ ARELLANO, | |
| Defendant. | |

Having reviewed and considered the Stipulation For Protective Order Regarding Confidential Personnel Records and Information of a Government Witness, filed by the parties on November 12, 2014 and having balanced defendant's need for the information against the harm disclosure would have on the government witnesses, IT IS HEREBY ORDERED that:

1.  The government is authorized to disclose to defendant Rafael Gonzalez Arellano's counsel of record, Liliana Coronado, information contained in the personnel records of Los Angeles County Sheriff's Department ("LASD") Officers who the government intends to

1

call as witnesses at the November 17, 2014 hearing.  In making such disclosures, the government shall make clear that the information regarding personnel records that disclose confidential information (the "Confidential Personnel Materials") are subject to a protective order.

2.   Defendant's counsel of record shall not permit anyone, including defendant, to have physical possession of the Confidential Personnel Materials, except the following persons: any attorney, paralegal, assistant, or investigator who is assisting defendant's counsel in this case, any subsequent counsel of record for defendant, and defendant's appellate counsel (collectively, the "Defense Team").

3.   In meeting with defendant, defendant's counsel of record and appellate counsel may show the Confidential Personnel Materials to defendant, and discuss them with defendant, but shall retain physical possession and control of any such materials.

4.   If either party files with the Court any document that contains the Confidential Personnel Materials, or that makes reference to the contents of such materials, the party shall file the documents under seal.

5.   Other than disclosures to defendant, and the under seal filings authorized by paragraph four of this Order, the Defense Team shall not disclose or divulge to anyone outside of the Defense Team the Confidential Personnel Materials or their contents.

6.   At the end of defendant's case, defendant's counsel of record shall either: (1) destroy the Confidential Personnel

//

//

1  Materials, and confirm such destruction in writing to government
2  counsel; or (2) return the Confidential Personnel Materials to
3  government counsel.
4       IT IS SO ORDERED.

6  Dated: November 13, 2014
                                   _____
                                   HONORABLE BEVERLY REID O'CONNELL
                                   UNITED STATES DISTRICT JUDGE

3